1 | **ZFATY | BURNS**
Isaac R. Zfaty, State Bar No. 214987
2 | irz@zfatyburns.com
Kaeleen E. Ng., State Bar No. 258448
3 | kn@zfatyburns.com
3 Park Plaza, Suite 780
4 | Irvine, CA 92614
Telephone: (949) 398-8080
5 | Facsimile: (949) 398-8081

6 | Attorneys for Plaintiffs and Counter-Defendants
PIERRE-MARIE RAOUL BEAUVOIR and
7 | SELINE BEAUVOIR

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PIERRE-MARIE RAOUL BEAUVOIR, ET AL. | Case No.: 8:12-cv-02011-CJC-JPR |
| Plaintiffs, | Hon. Cormac J. Carney<br>Court Room: 9B |
| v. | |
| ROBERT L. DINGLE, JR., | **JUDGMENT** |
| Defendant. | |
| ROBERT L. DINGLE, JR., | |
| Counter-Claimant, | |
| v. | |
| PIERRE-MARIE RAOUL BEAUVOIR, ET AL. | |
| Counter-Defendants. | |

# JUDGMENT

In accordance with the stipulation of the parties as set forth in the Stipulated Judgment,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. As between the parties to this action, Plaintiffs are the rightful owners of the trademark for Juju Jerky registered by Plaintiffs with the United States Patent and Trademark Office on July 10, 2012, Reg. No. 4,170,040 (hereinafter, the "Trademark");

2. Dingle owns no rights in the name JuJu Jerky;

3. Dingle is ordered to permanently cease using the Trademark in all manners and mediums;

4. Dingle is ordered to permanently cease using the brand name "Juju Jerky" or derivations therefrom;

5. Dingle's cross-action contesting the registration of the Trademark with the United States Patent and Trademark Office is denied and Dingle takes nothing by way of his cross-action; and

6. Dingle is ordered to permanently cease using the domain, www.jujujerkystore.com (hereinafter, the "Domain") and is to park the Domain.

DATED: 3/11/14  _____
Hon. Cormac J. Carney